# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

ELIZABETH J. PASZKO,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendant.

Case No. 16-CV-2254 (JNE/LIB)
**ORDER**

This matter is before the Court on a Report and Recommendation ("R&R") issued by the Honorable Leo I. Brisbois, United States Magistrate Judge, on November 3, 2016. (Docket No. 8.) The R&R recommends this action be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute. Neither party objected to the R&R. The Court accepts the recommended disposition.

Therefore, IT IS ORDERED THAT:

1. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 28, 2016

    s/Joan N. Ericksen
    JOAN N. ERICKSEN
    United States District Judge